IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-cv-00200-FL

| | |
|---|---|
| LARRY MURPHY, | ) |
| Plaintiff, | ) |
| v. | ) **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ARAMARK CAMPUS, LLC, | ) |
| Defendant. | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Larry Murphy and Defendant Aramark Campus, LLC hereby stipulate to the dismissal of the above-referenced action with prejudice in its entirety, with each party to bear the party's own attorneys' fees and costs.

Respectfully Submitted this 17th day of January, 2025.

*/s/ Larry F. Murphy*
Larry F. Murphy
2726 Meridian Drive
Apartment #3
Greenville, NC 27834
252.814.1079
*Pro Se* Plaintiff

*/s/ Alyssa Riggins*
Alyssa Riggins
Nelson Mullins Riley & Scarborough LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
919.329.3800
Fax: 919.329.3799
alyssa.riggins@nelsonmullins.com
NC Bar. No. 52366
Local Civil Rule 83.1(d) Attorney for Defendant

Anne E. Martinez
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
305.415.3309
Fax: 305.415.3001
anne.martinez@morganlewis.com
Admitted *pro hac vice*
Non-District Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on, on the date indicated herein, the foregoing document was electronically filed via the Court's ECF filing system and served on the following via United States mail, first class, postage prepaid to:

>Larry F. Murphy, *Pro Se* Plaintiff
>2726 Meridian Drive
>Apartment #3
>Greenville, NC 27834

This the 17th day of January, 2024.

>*/s/ Alyssa Riggins*
>Alyssa Riggins
>Nelson Mullins Riley & Scarborough LLP
>301 Hillsborough Street, Suite 1400
>Raleigh, NC 27603
>919.329.3800
>Fax: 919.329.3799
>alyssa.riggins@nelsonmullins.com
>NC Bar. No. 52366
>Local Civil Rule 83.1(d) Attorney for Defendant
>
>Anne E. Martinez
>Morgan, Lewis & Bockius LLP
>600 Brickell Avenue, Suite 1600
>Miami, FL 33131-3075
>305.415.3309
>Fax: 305.415.3001
>anne.martinez@morganlewis.com
>Admitted *pro hac vice*
>Non-District Attorney for Defendant